UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRANDON JOSE BRAVO PERALES (A-224-020-451)

Petitioner,

v.

WARDEN, CALIFORNIA CITY IMMIGRATION DETENTION FACILITY, et al.,

Respondents.

No. 1:26-cv-7565 DAD CSK

ORDER

Petitioner is an immigration detainee, proceeding without counsel, with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On October 22, 2026, respondents filed a status report stating that petitioner was removed on October 21, 2026. (ECF No. 12.) Therefore, petitioner is granted 14 days to show cause why this action should not be dismissed as moot.

Accordingly, IT IS HEREBY ORDERED that within 14 days of the date of this order, petitioner shall show cause why this action should not be dismissed as moot; failure to respond to this order will result in a recommendation of dismissal of this action.

Dated: October 27, 2026

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

Pera7565.imm.osc/2